IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONALD J. SINGEL,

    Plaintiff,

v.

CITY OF CHIPPEWA FALLS,
ABC INSURANCE COMPANY,
GREGORY HOFFMAN, DENNIS
DOUGHTY, JACK COVILL, BRIAN
FLYNN, GREG DACHEL, JASON
ANDERSON, BOB HOEKSTRA and
SUSAN ZUKOWSKI,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-502-slc

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff's federal claims and declining to exercise supplemental jurisdiction over plaintiff's state law breach of contract claim.

_____    7/19/10
Peter Oppeneer, Clerk of Court    Date